1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CHRISTOPHER S. HALES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF          CASE NO. 2:15-SW-0631 KJN
   448 S. Netherton Ave., Stockton, CA 95205
12                                         [PROPOSED] ORDER RE: REQUEST FOR
                                           UNSEALING OF SEARCH WARRANT
13                                         MATERIALS

14

15

16    Upon application of the United States of America and good cause having been shown,

17    IT IS HEREBY ORDERED that the search warrant, application, affidavit, and return are

18 unsealed.

19

20 DATED: Oct 18 2016                      _____
                                           Hon. Kendall J. Newman
21                                         United States Magistrate Judge

**FILED**
OCT 18 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK